UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHE JOHN,

                Plaintiff,

      - against -

NEW YORK CITY and POLICE OFFICER
DIAZ and UNIDENTIFIED NEW YORK
CITY POLICE OFFICERS,

            Defendants.

ORDER OF DISMISSAL

09 Civ. 4482 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
       November 4, 2009

                    SO ORDERED

                    _____
                    Paul G. Gardephe
                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09